Filed 1/19/21  P. v. LeBlanc CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>GRACE ANN LEBLANC,<br><br>    Defendant and Appellant. | 2d Crim. No. B304310<br>(Super. Ct. No. 19F-00456)<br>(San Luis Obispo County) |

Grace Ann LeBlanc pled no contest to felony maintaining a place for selling or using a controlled substance.  (Health & Saf. Code, § 11366.)  The trial court placed her on probation.  Shortly thereafter, LeBlanc was charged with a violation of probation. She informed the court that she wished to withdraw her plea. The court appointed counsel to represent her.  Counsel told the court that he would not be filing a motion to withdraw her plea. LeBlanc opted to represent herself.

In LeBlanc's motion, she stated that she was unaware of the elements of the offense; that she was not fully informed of the

rights she was waiving; and that she is not guilty of the offense. The trial court denied her motion.

Thereafter, LeBlanc admitted her probation violation. The trial court sentenced LeBlanc to two years in state prison. LeBlanc appeals.

We appointed counsel to represent LeBlanc on this appeal. After examining the record, he filed a brief raising no issues.

On September 29, 2020, we advised LeBlanc by mail that she had 30 days within which to personally submit any contentions or issues that she wished to raise on appeal. The letter was returned as undeliverable. A second attempt was also returned as undeliverable.

We have reviewed the entire record and are satisifed that LeBlanc's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


YEGAN, J.


PERREN, J.

2.

Hernaldo J. Baltodano, Judge

Superior Court County of San Luis Obispo

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.